JPML FORM 1A                         DOCKET ENTRIES

                    JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 302 -- IN RE "LITE BEER" TRADEMARK LITIGATION

| Date | No. Code | |
|---|---|---|
| 3/23/77 | | ORDER TO SHOW CAUSE -- Why A-1 through A-5 should not be transferred to a single district for coordinated or consolidated pretrial proceedings. Notified counsel, involved judges. |
| 3/28/77 | | HEARING ORDER -- Setting A-1 through A-5 for hearing -- April 22, 1977 Los Angeles, Calif. |
| 4/1/77 | | APPEARANCE -- ANTHONY L. FLETCHER -- Miller Brewing Co. PAUL L. AHERN for Anheuser-Busch, Inc. WILLIAM A. MARSHALL for Peter Hand Co. JOHN STUART SMITH for Genesee Brewing Co. |
| 4/4/77 | | APPEARANCE -- Beverly W. Pattishall for Jos. Schlitz Brewing Co., Inc. Steven E. Keane, Esq. for G. Heileman Brewing Co., Inc. |
| 4/5/77 | 1 | RESPONSE -- JOS SCHLITZ BREWING CO. w/cert. of service |
| 4/6/77 | 2 | RESPONSE -- ANHEUSER-BUSCH, INC. w/cert. of service |
| 4/6/77 3 | 3 | RESPONSE -- G. HEILMAN BREWING CO. w/cert. of service |
| 4/7/77 | 4 | RESPONSE -- MILLER BREWING CO., w/Affidavit of Service |
| 4/11/77 | 5 | RESPONSE TO THE ORDER TO SHOW CAUSE -- Genesee Brewing Co., Inc. w/cert. of service. |
| 5/11/77 | | LETTER RESPONSE -- Peter Hand w/cert. of service |
| 9/13/77 | | OPINION AND ORDER VACATING THE SHOW CAUSE ORDER FOR CONSOLIDATION OF THE LITIGATION. |

437 F. Supp. 754 9/13/77

DOCKET NO. ___302___ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: ___IN RE "LITE BEER" TRADEMARK LITIGATION_____

=====================================================================
## Summary of Panel Actions

Date(s) of Hearing(s) _4/22/77_ _____ _____ _____ _____

        Consolidation Ordered _____    Consolidation Denied _9/13/77 OTO_

Opinion and/or Order    _____   _____   _____   _____

        Citation    _____   _____   _____   _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Miller Brewing Co. v. Peter Hand Brewing Co. | N.D.Ill Perry | 75C3673 | | | | |
| A-2 | Anheuser-Busch, Inc. v. Miller Brewing Co. | E.D.MO Regan | 77-100-C(2) | | | | |
| A-3 | Miller Brewing Co. v. Genesee Brewing Co. | S.D.N.Y. Goettel | 75 Civ 5443 | | | | |
| A-4 | Miller Brewing Co. v. Jos Schlitz Brewing Co. | E.D.Wisc Gordon | 75-C-636 | | | | |
| A-5 | Miller Brewing Co. v. G. Heileman Brewing Co. | W.D.Wisc Doyle | 76C584 | | | | |

Revised 4/4/77

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 302  -- IN RE "LITE BEER" TRADEMARK LITIGATION

MILLER BREWING COMPANY (A-1,3,4&5)
Anthony L. Fletcher, Esquire
Conboy, Hewitt, O'Brien
  & Boardman
20 Exchange Place
New York, New York  10005

ANHEUSER-BUSCH, INC. (A-2)
Paul L. Ahern, Esquire
Leydig, Voit, Osann, Mayer
  & Holt, Ltd.
One IBM Plaza
Chicago, Illinois  60611

PETER HAND BREWING CO.
William A. Marshall, Esquire
Merriam, Marshall, Shapiro
  & Klose
2 First National Plaza
Chicago, Illinois  60603

GENESEE BREWING CO.
John Stuart Smith, Esquire
Nixon, Hargrave, Devans
  & Doyle
2200 Lincoln First Tower
Rochester, New York  14603

G. HEILEMAN BREWING CO., INC.
Steven E. Keane, Esq.
Foley & Lardner
777 East Wisconsin Avenue
Milwaukee, Wisconsin  53202

JOS. SCHLITZ BREWING CO., INC.
Beverly W. Pattishall, Esquire
Pattishall, McAuliffe &
  Hofstetter
3500 Prudential Plaza
Chicago, Ill.  60601

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 302 -- ___ IN RE "LITE BEER" TRADEMARK LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Peter Hand Brewing Co. | A-1 |
| Miller Brewing Co | A-2 |
| Genessee Brewing Co. | A-3 |
| Jos Schlitz Brewing Co. | A-4 |
| Heileman Brewing Co. | A-5 |
| | |
| | |
| | |
| | |
| | |
| | |